UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YURI STAROSTENKO and IRINA TSAREVA-STAROSTENKO<br><br>                Plaintiffs,<br><br>       -v.-<br><br>UBS AG (A SWISS BANK) and UBS (BAHAMAS) LTD,<br><br>                Defendants. | 19 Civ. 9993 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

    Plaintiffs are hereby ORDERED to appear for a video conference on **November 4, 2020, at 12:00 p.m.** to discuss ongoing issues related to service of process in this matter.  The Court will provide access instructions in advance of the conference.  Counsel for Defendant UBS (AG) is invited to attend, but is not obligated to do so given the focus of the conference.

    SO ORDERED.

Dated:    October 1, 2020
                New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge