UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YURI STAROSTENKO and IRINA TSAREVA-STAROSTENKO<br><br>                    Plaintiffs,<br><br>                -v.-<br><br>UBS AG (A SWISS BANK) and UBS (BAHAMAS) LTD,<br><br>                    Defendants. | 19 Civ. 9993 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 5, 2021, summonses as to Defendants UBS AG and UBS (Bahamas) were reissued so that Plaintiffs may attempt proper service in accordance with the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, also known as the Hague Service Convention. This matter is hereby STAYED pending completion of those efforts or further order of the Court.

SO ORDERED.

Dated:    February 8, 2021
         New York, New York

                                        _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge