UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YURI STAROSTENKO and IRINA TSAREVA-STAROSTENKO,<br><br>                              Plaintiffs,<br><br>                  -v.-<br><br>UBS AG (A SWISS BANK) and UBS (BAHAMAS) LTD,<br><br>                              Defendants. | 19 Civ. 9993 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 8, 2021, the Court stayed this matter pending completion of Plaintiffs' efforts to effect service on Defendants in accordance with the Hague Service Convention. (Dkt. #75). On June 15, 2021, Plaintiffs filed a certificate and affidavit of service indicating that Defendant UBS (Bahamas) Ltd. accepted service on May 31, 2021. (Dkt. #81-82). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i) and this Court's individual rules, Defendant UBS (Bahamas) Ltd. shall file its answer or a pre-motion letter in lieu of an answer on or before **June 21, 2021**.

This matter remains stayed as to Defendant UBS AG pending resolution of Plaintiffs' efforts to serve that entity in accordance with Hague Service Convention requirements.

SO ORDERED.

Dated:   June 16, 2021
         New York, New York

                                             _____
                                             KATHERINE POLK FAILLA
                                             United States District Judge