UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YURI STAROSTENKO and IRINA TSAREVA,<br><br>                    Plaintiffs,<br><br>              -v.-<br><br>UBS AG (A SWISS BANK) and UBS (BAHAMAS) LTD,<br><br>                    Defendants. | 19 Civ. 9993 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the pre-motion letter filed by Defendant UBS (Bahamas) on June 21, 2021 (Dkt. #84), and Plaintiffs' response (Dkt. #85). The Court will not set a briefing schedule on the anticipated motion to dismiss at this time. The matter remains stayed pending resolution of Plaintiffs' efforts to serve Defendant UBS (AG) in accordance with Hague Service Convention requirements.

SO ORDERED.

Dated:   July 7, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge