**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YURI STAROSTENKO and IRINA
TSAREVA-STAROSTENKO,

                        Plaintiffs,
     -against-                                      19 **CIVIL** 9993 (KPF)

## JUDGMENT

UBS AG (A SWISS BANK) and UBS (BAHAMAS)
LTD (IN VOLUNTARY LIQUIDATION),

                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 4, 2023, because the Court lacks personal jurisdiction over Defendants, their motion to dismiss is GRANTED and the case is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      January 4, 2023

                                                  **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                    **BY:**      *K. Mango*

                                                      **Deputy Clerk**